RIVERSIDE BANK v. JONES. (Supreme Court, Appellate Division, First Department. January 9, 1903.) Action by the Riverside Bank against W. Martin Jones. No opinion. Motion denied, with $10 costs.

ROBERTS, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. January 16, 1903.) Action by Josephine M. Roberts, as administratrix, etc., of Mortimer Roberts, deceased, against the City of New York. No opinion. Judgment and order unanimously affirmed, with costs.

ROEHR et al., Respondents, v. WEAVER, Appellant. (Supreme Court, Appellate Division, Second Department. January 16, 1903.) Action by Edward H. M. Roehr, John T. McGovern, and Samuel W. Maguire against George C. Weaver. No opinion. Judgment of the Municipal Court affirmed, with costs.

ROSE, Respondent, v. THOMAS, Appellant. (Supreme Court, Appellate Division, Second Department. January 9, 1903.) Action by John B. Rose against Hugh Thomas. No opinion. Order affirmed on argument, with $10 costs and disbursements.

RUDTKE, Respondent, v. ROSEFF, Appellant. (Supreme Court, Appellate Division, Second Department. February 11, 1903.) Action by Valentine Rudtke against Samuel Roseff. No opinion. Judgment of the Municipal Court affirmed, with costs.

SAUNDERS, Plaintiff, v. ROCHESTER RY. CO., Defendant. (Supreme Court, Appellate Division, Fourth Department. January 20, 1903.) Action by Eleanor G. Saunders against the Rochester Railway Company. No opinion. Plaintiff's exceptions overruled. Motion for a new trial denied, and judgment ordered for the defendant upon the nonsuit.

In re SAYLES. (Supreme Court, Appellate Division, First Department. February 13, 1903.) In the matter of Whipple A. Sayles. No opinion. Motion dismissed, with $10 costs.

SCHIFFMANN, Respondent, v. CASTAGNETO, Appellant. (Supreme Court, Appellate Division, Second Department. January 16, 1903.) Action by Harry Schiffmann against Marie Castagneto. No opinion. The motion for leave to withdraw the appeal granted upon condition that the appellant pay the costs of the appeal; otherwise the judgment is affirmed, with costs.

SCHMARDER, Respondent, v. MIX, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 27, 1903.) Action by Barbara Schmarder against Charles W. Mix.

PER CURIAM. Judgment and order affirmed, with costs. Held, that the defective allegations of the complaint were cured by amendment properly made upon the trial; that upon the case made by the plaintiff the defendants, Mix and Leonard, are liable; that the circular, Exhibit 8, received as against Mix, was competent as evidence of the contents of similar advertising matter, which Mix testifies he had sent out, which advertising matter does not appear to have been sent out subsequent to the transactions had with the plaintiff and her assignors.

SCHMID, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 23, 1903.) Action by Gottfried Schmid against the Metropolitan Street Railway Company. B. H. Ames, for appellant. J. R. Cady, for respondent. No opinion. Judgment and order affirmed, with costs.

SCHROTH, Respondent, v. ROCHESTER RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 13, 1903.) Action by Jacob Schroth against the Rochester Railway Company. No opinion. Judgment and order affirmed, with costs.

SCHWARTZ, Respondent, v. PAINE, Appellant. (Supreme Court, Appellate Division, First Department. February 6, 1903.) Action by Max Schwartz against J. Overton Paine. G. R. Bristor, for appellant. N. Burkan, for respondent. No opinion. Judgment and order affirmed, with costs.

SEAMAN, Respondent, v. MICHAELS, Appellant. (Supreme Court, Appellate Division, Second Department. January 9, 1903.) Action by Frank Seaman against Richard Michaels. No opinion. Judgment of the Municipal Court affirmed, with costs.

SEGGERMAN, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. February 6, 1903.) Action by Victor A. Seggerman against the Metropolitan Street Railway Company. A. Ofner, for respondent. No opinion. Order affirmed, with costs, on the opinion of the court below. 77 N. Y. Supp. 905.

O'BRIEN, J., concurring in result.

SESSELMAN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 23, 1903. Action by Karl Sesselman against the Metropolitan Street Railway Company. No opinion. Motion denied.

In re SHAFFER. (Supreme Court, Appellate Division, Fourth Department. January 27, 1903.) In the matter of the proceedings for the disbarment of A. W. Shaffer, an attorney and counselor at law. No opinion. Order to show cause returnable March 10, 1903, entered.

SHAW v. UNION BAG & PAPER CO. (Supreme Court, Appellate Division, Third Department. January 20, 1903.) Action by Jack-